UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10791 DDP (MRWx) | Date | January 3, 2014 |
|---|---|---|---|
| Title | California Expanded Metal Products Co. v. Clarkwestern Dietrich Building Systems | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER RE: STIPULATED PROTECTIVE ORDER

The Court ACCEPTS and ENTERS the parties' stipulated protective order (Docket # 54) subject to the following modifications:

1.    Paragraph 12 - Any party who files a redacted, publicly available document will also file an unredacted copy of the document with the Court (accompanied with an appropriate request for under seal treatment pursuant to Local Rule 79).

2.    Paragraph 14 - Any motion challenging a confidentiality designation of discovery materials will fully comply with the joint filing requirements of Local Rule 37.