# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS CO., <br><br> Plaintiff, <br><br> v. <br><br> CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, et al., <br><br> Defendants. | Case No. CV 12-10791 DDP (MRWx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Motion (Docket # 250), the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS ORDERED that Plaintiff may file an amended complaint as set forth in
2   the Report (see Docket # 394, 411) and that Plaintiff be permitted to conduct
3   additional discovery related to its added claims as recommended in the Report.

DATE: _August 20, 2015_____    _____
                                          HON. DEAN D. PREGERSON
                                          UNITED STATES DISTRICT JUDGE